UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ARIAS MANCHA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN NORTH AMERICA INC., <br><br> Defendant. | Case No. 1:22-cv-01161-ADA-CDB <br><br> ORDER AMENDING SCHEDULING ORDER |

On May 19, 2023, the Court convened with the parties for a status conference to address and resolve issues relating to discovery in the case. (Docs. 30, 31). During the status conference, the parties agreed that a three-month extension of all discovery, pretrial motion and trial dates is warranted given the pendency of Defendant's motion to partially dismiss in this action as well in a related action being heard in the Central District of California.

The parties also agreed that certain limited discovery (both written and depositions) may proceed immediately notwithstanding Defendant's pending motion to partially dismiss.

Accordingly, based on the parties' representations made during the status and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order be amended as follows:

| DISCOVERY EVENT | OLD DEADLINE | **AMENDED DEADLINE** |
|---|---|---|
| Fact Discovery Cut-Off | July 10, 2023 | **October 10, 2023** |

| | | |
|---|---|---|
| Expert Witness Disclosure | July 24, 2023 | **October 24, 2023** |
| Rebuttal Expert Witness Disclosure | August 14, 2023 | **November 14, 2023** |
| Expert Discovery Cut-Off | September 18, 2023 | **December 18, 2023** |
| Non-Dispositive Motion Cut-Off | October 2, 2023 | **January 2, 2024** |
| Non-Dispositive Motion Hearing Deadline | November 6, 2023 | **February 6, 2024** |
| Dispositive Motion Cut-Off | November 13, 2023 | **February 13, 2024** |
| Dispositive Motion Hearing Deadline | December 18, 2023 | **March 18, 2024** |
| Pretrial Conference | February 21, 2024 | **August 26, 2024**[1] |
| Trial | April 16, 2024 | **October 22, 2024** |

In all other respects, the Scheduling Order (Doc. 10) remains unchanged and in full force and effect.

IT IS FURTHER ORDERED, the parties shall meet and confer and file a joint report no later than **June 2, 2023**, in which the parties summarize the limited discovery for which they agree to undertake during the next 90 days.

IT IS SO ORDERED.

Dated:   **May 22, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] District Judge Anthony W. Ishii was the assigned district judge when this case originally was scheduled. Following Judge Ishii's retirement, on April 22, 2023, the case was reassigned to District Judge Ana de Alba for all further proceedings. (Doc. 21). Accordingly, the dates for pretrial conference and trial have been adjusted to incorporate Judge de Alba's scheduling preferences.

2